IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01051-REB-CBS

SHIRLEY M. BACA,

    Plaintiff,

v.

CALIFORNIA CASUALTY INDEMNITY EXCHANGE, a California insurance company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation To Dismiss With Prejudice Pursuant To Fed.R.Civ.P. 41(a)(1)** [#11], filed November 28, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss With Prejudice Pursuant To Fed.R.Civ.P. 41(a)(1)** [#11], filed November 28, 2007, is **APPROVED**;

2. That the Trial Preparation Conference set for July 18, 2008, is **VACATED**;

3. That the jury trial set to commence August 4, 2008, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 29, 2007, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**